## THIRD DISTRICT.

Jess Sheets, as administrator of the estate of Walter F. McWade, deceased, appellee, v. Chicago and Eastern Illinois Railway Company, appellant. Gen. No. 8,752.

Opinion filed October 13, 1933. Rehearing denied and opinion modified January 5, 1934.

Acton, Acton & Baldwin, for appellant; K. L. Richmond and W. M. Acton, of counsel. Graham & Dysert, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Illinois Power and Light Corporation, appellant, v. Albert Overstreet, appellee. Gen. No. 8,755.

Opinion filed October 13, 1933.

H. M. Steely and H. M. Steely, Jr., for appellant; Herbert Haase, of counsel. Lewman & Carter and Hutton & Clark, for appellee; I. Ray Carter and H. Ernest Hutton, of counsel.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Frank Kehl, appellee, v. Earl Corbett and Minnie Corbett, appellants. Gen. No. 8,758.

Opinion filed October 13, 1933.

William N. Hairgrove, for appellants. Leavitt C. Arnold, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.